[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 21, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-12608
Non-Argument Calendar

_____

D. C. Docket No. 07-00149-CR-1-003

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL NELSON MURPHY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(January 21, 2009)**

Before ANDERSON, BIRCH and MARCUS, Circuit Judges.

PER CURIAM:

Joe Carl Jordan, appointed counsel for Michael Nelson Murphy, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Murphy's conviction and sentence are **AFFIRMED**.